Deborah A. Ferguson, ISB No. 5333
The Law Office of Deborah A. Ferguson, PLLC
202 N. 9th Street, Suite 401 C
Boise, Idaho 83702
Tel.: (208) 484-2253
d@fergusonlawmediation.com

Craig Harrison Durham, ISB No. 6428
Durham Law Office, PLLC
405 S. 8th Street, Ste. 372
Boise, ID 83702
Tel.: (208) 345-5183
craig@chdlawoffice.com

Shannon P. Minter
Christopher F. Stoll
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, California 94102
Tel.: (415) 392-6257
sminter@nclrights.org
cstoll@nclrights.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN LATTA and TRACI EHLERS, LORI WATSEN and SHARENE WATSEN, SHELIA ROBERTSON and ANDREA ALTMAYER, AMBER BEIERLE and RACHAEL ROBERSTSON,<br><br>              Plaintiffs,<br><br>  v.<br><br>C.L. "BUTCH" OTTER, as Governor of the State of Idaho, in his official capacity, and CHRISTOPHER RICH, as Recorder of Ada County, Idaho, in his official capacity,<br><br>              Defendants. | Case No. 1:13-cv-00482-CWD<br><br>**STIPULATION** |

The parties hereby stipulate and agree that the deadline for Defendant C.L. "Butch" Otter and for Defendant Christopher Rich to file their answers or to otherwise respond to Plaintiffs' Complaint shall be January 13, 2014.

DATED this 19th day of November, 2013:


/s/ Deborah A. Ferguson
The Law Office of Deborah A. Ferguson, PLLC

/s/ Craig H. Durham
Durham Law Office, PLLC

/s/ Shannon P. Minter
/s/ Christopher F. Stoll
National Center for Lesbian Rights
Admitted Pro Hac Vice

Attorneys for Plaintiffs


DATED this 19th day of November, 2013:

/s/ Thomas C. Perry
Counsel to the Governor
Office of the Governor

Attorney for Defendant Otter


DATED this 19th day of November, 2013:

/s/ Theodore Argyle
Chief Civil Deputy
Ada County Prosecuting Attorney's Office

Attorney for Defendant Rich


STIPULATION - 2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Stipulation was served on the following by placing a copy, postage prepaid, in the United States Mail on this 19th day of November, 2013:

Thomas C. Perry
Counsel to the Governor
Office of the Governor
PO Box 83720
Boise, ID 83720-0034

Theodore Argyle
Chief Civil Deputy
Ada County Prosecuting Attorney's Office
200 W Front Street, Rm. 3191
Boise ID 83702

Steven Olsen
Office of the Attorney General
PO Box 83720
Boise, ID 83720-0010

    /s/ Craig H. Durham
    Durham Law Office, PLLC

STIPULATION - 3