**GREG H. BOWER**
ADA COUNTY PROSECUTING ATTORNEY

**THEODORE E. ARGYLE**
Chief Civil Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
(208) 287-7700
Idaho State Bar No. 3160

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN LATTA and TRACI EHLERS, LORI WATSEN and SHARENE WATSEN, SHELIA ROBERTSON and ANDREA ALTMAYER, AMBER BEIERLE and RACHAEL ROBERTSON, <br><br> Plaintiffs, <br><br> vs. <br><br> C.L. "BUTCH" OTTER, as Governor of the State of Idaho, in his official capacity, and CHRISTOPHER RICH, as Recorder of Ada County, Idaho, in his official capacity, <br><br> Defendants. | Case No. 1:13-cv-00482-CWD <br><br> **NOTICE OF NON-OBJECTION TO STATE OF IDAHO'S MOTION TO INTERVENE** |

Defendant, Christopher Rich, by and through his attorney, the Ada County Prosecuting Attorney's Office, Civil Division, hereby gives notice of no objection to the State of Idaho's Motion to Intervene [Docket no. 18] in the above-entitled matter.

**DATED** this 13th day of December, 2013.

                                        **GREG H. BOWER**
                                        Ada County Prosecuting Attorney

                                        By:    /s/ Theodore E. Argyle
                                                 Theodore E. Argyle
                                                 Chief Civil Deputy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December, 2013, I filed the foregoing NOTICE OF NON-OBJECTION electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Deborah A. Ferguson<br>The Law Office of Deborah A. Ferguson, PLLC<br>202 N. 9th Street, Ste 401C<br>Boise, ID 83702 | _____ Hand Delivery<br>_____ U.S. Mail<br>__x__ Electronic Mail<br>_____ Facsimile |
| Craig Harrison Durham<br>Durham Law Office, PLLC<br>405 S. 8th Street, Ste 372<br>Boise, ID 83702 | _____ Hand Delivery<br>_____ U.S. Mail<br>__x__ Electronic Mail<br>_____ Facsimile |
| Shannon P. Minter<br>Christopher F. Stoll<br>National Center for Lesbian Rights<br>870 Market Street, Ste 370<br>San Francisco, CA 94102 | _____ Hand Delivery<br>_____ U.S. Mail<br>__x__ Electronic Mail<br>_____ Facsimile |
| W. Scott Zanzig<br>Deputy Attorney General, Civil Litigation<br>Office of the Attorney General<br>PO Box 83720<br>Boise, ID 83720-0010 | _____ Hand Delivery<br>_____ U.S. Mail<br>__x__ Electronic Mail<br>_____ Facsimile |

                                              /s/ Molly Reed
                                              Legal Assistant

NOTICE OF NON-OBJECTION TO STATE OF IDAHO'S MOTION TO INTERVENE - PAGE 2
g:\tea\cases\latta\pleadings\notice of non-objection ecf.doc