# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of December, 2013, I electronically filed the foregoing PLAINTIFFS' OPPOSITION TO STATE OF IDAHO'S MOTION TO INTERVENE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following Persons:

Theodore E. Argyle

teda@adaweb.net

Thomas Perry

tom.perry@gov.idaho.gov

Steven L. Olsen

steven.olsen@ag.idaho.gov

Scott Zanzig

scott.zanzig@ag.idaho.gov

_____/s/_____
Deborah A. Ferguson