LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation Division

W. SCOTT ZANZIG, ISB # 9361
CLAY R. SMITH, ISB # 6385
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Fax:  (208) 854-8073
scott.zanzig@ag.idaho.gov
clay.smith@ag.idaho.gov

Attorneys for Defendant Christopher Rich

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN LATTA and TRACI EHLERS, LORI WATSEN and SHARENE WATSEN, SHELIA ROBERTSON and ANDREA ALTMAYER, AMBER BEIERLE and RACHAEL ROBERTSON,<br><br>              Plaintiffs,<br><br>vs.<br><br>C.L. "BUTCH" OTTER, as Governor of the State of Idaho, in his official capacity, and CHRISTOPHER RICH, as Recorder of Ada County, Idaho, in his official capacity,<br><br>              Defendants. | Case No. 1:13-cv-00482-CWD<br><br>**DEFENDANT CHRISTOPHER RICH'S MOTION TO DISMISS** |

Defendant Christopher Rich hereby requests dismissal of the complaint pursuant to Fed. R. Civ. P. 12(b)(6),

AND AS GROUNDS THEREFOR states that the complaint fails to state a claim against him for which relief may be granted for the reasons set forth in the accompanying memorandum.

DATED this 9th day of January 2014.

                                            STATE OF IDAHO
                                            OFFICE OF THE ATTORNEY GENERAL

                                            By:   /s/
                                                  W. SCOTT ZANZIG
                                                  CLAY R. SMITH
                                                  Deputy Attorneys General

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 9th day of January 2014, I electronically filed the foregoing Memorandum in Support of Defendant Christopher Rich's Motion to Dismiss with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following Persons:

Deborah A. Ferguson
d@fergusonlawmediation.com

Craig Harrison Durham
craig@chdlawoffice.com

Shannon P. Minter
sminter@nclrights.org

Christopher F. Stoll
cstoll@nclrights.org

Thomas Perry
tom.perry@gov.idaho.gov

Cally Ann Younger
cally.younger@gov.idaho.gov

                                                                                /s/
                                                                       W. SCOTT ZANZIG