LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation Division

W. SCOTT ZANZIG, ISB # 9361
CLAY R. SMITH, ISB # 6385
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Fax:  (208) 854-8073
scott.zanzig@ag.idaho.gov
clay.smith@ag.idaho.gov

Attorneys for Defendant Christopher Rich

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN LATTA and TRACI EHLERS, LORI WATSEN and SHARENE WATSEN, SHELIA ROBERTSON and ANDREA ALTMAYER, AMBER BEIERLE and RACHAEL ROBERTSON,<br><br>Plaintiffs,<br><br>vs.<br><br>C.L. "BUTCH" OTTER, as Governor of the State of Idaho, in his official capacity, and CHRISTOPHER RICH, as Recorder of Ada County, Idaho, in his official capacity,<br><br>Defendants. | Case No. 1:13-cv-00482-CWD<br><br><br><br><br><br>**ERRATA RE DOCKET 30-1** |

ERRATA RE DOCKET 30-1 - 1

Defendant Christopher Rich hereby submits an errata with respect to the Memorandum in Support of Defendant Christopher Rich's Motion to Dismiss filed as Docket 30-1.

Page 12, note 5: "5795" should read "579."

DATED this 15th day of January 2014.

                                                   STATE OF IDAHO
                                                 OFFICE OF THE ATTORNEY GENERAL

                                       By:  /s/
                                                  W. SCOTT ZANZIG
                                                  CLAY R. SMITH
                                                  Deputy Attorneys General

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 15th day of January 2014, I electronically filed the foregoing Errata Re Docket 30-1 with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following Persons:

Deborah A. Ferguson
d@fergusonlawmediation.com

Craig Harrison Durham
craig@chdlawoffice.com

Shannon P. Minter
sminter@nclrights.org

Christopher F. Stoll
cstoll@nclrights.org

Thomas Perry
tom.perry@gov.idaho.gov

Cally Ann Younger
cally.younger@gov.idaho.gov

                                                         /s/
                                            CLAY R. SMITH