UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN LATTA and TRACI EHLERS, LORI WATSEN and SHARENE WATSEN, SHELIA ROBERTSON and ANDREA ALTMAYER, AMBER BEIERLE and RACHAEL ROBERTSON,<br><br>    Plaintiffs,<br><br>v.<br><br>C.L. "BUTCH" OTTER, as Governor of the State of Idaho, in his official capacity, and CHRISTOPHER RICH, as Recorder of Ada County, Idaho, in his official capacity,<br><br>    Defendants. | Case No. 13-cv-00482-CWD<br><br>**CASE MANAGEMENT ORDER**<br><br>(LEGAL TRACK) |

Pursuant to the scheduling conference held between the Court and counsel for the parties on January 16, 2014, and in the interest of expedient resolution, **IT IS HEREBY ORDERED that:**

1.  The joinder of parties and amendment of pleadings, if any, shall occur *no later than* **January 31, 2014**.

2.  Based on the representations of the parties at the scheduling conference and because this case will proceed on a Legal Track litigation schedule, deadlines for the completion of discovery and submittal of an Alternative Dispute Resolution plan are not

**CASE MANAGEMENT ORDER - 1**

necessary or appropriate at this time. The parties need not exchange initial disclosures under Rule 26(a)(1)(A) and shall not commence discovery requests unless and until the Court orders otherwise.

      3.    Motions for summary judgment and supporting materials, as well as Plaintiffs' response to Defendant Rich's Motion to Dismiss (Dkt. 30), shall be filed *on or before* **February 18, 2014**. Plaintiffs shall filed a combined brief in response to the Motion to Dismiss and in support of their motion for summary judgment; the page limits in District of Idaho Local Civil Rule 7.1 for the brief and statement of facts are enlarged to 60 pages and 20 pages respectively, as requested by Plaintiffs. Reasonable enlargement of the page limits will be afforded by the Court to Defendants' filings, although the Court cautions all parties that overlong briefs are not necessarily persuasive briefs.

      A.    Responses to motions for summary judgment, as well as Defendant Rich's reply to Plaintiffs' response to the Motion to Dismiss, shall be filed *on or before* **March 20, 2014**.

      B.    Replies to responses to motions for summary judgment shall be filed *on or before* **April 4, 2014**.

      C.    A hearing before the undersigned on all pending motions is scheduled for **May 5, 2014** at 9:30 a.m. in Boise Courtroom 6.

**IT IS SO ORDERED.**

Dated: **January 17, 2014**

Honorable Candy W. Dale
United States Magistrate Judge

**CASE MANAGEMENT ORDER - 2**