THOMAS C. PERRY, ISB #7203
CALLY A. YOUNGER, ISB #8987
Counsel to the Governor
Office of the Governor
P.O. Box 83720
Boise, ID  83720-0034
Telephone:     (208) 334-2100
Facsimile:      (208) 334-3454

Attorneys for Defendant, Governor C.L. "Butch" Otter

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN LATTA and TRACI EHLERS, LORI WATSEN and SHARENE WATSEN, SHELIA ROBERTSON and ANDREA ALTMAYER, AMBER BEIERLE and RACHAEL ROBERTSON,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>C.L. (BUTCH) OTTER, as Governor of the State of Idaho, in his official capacity, and CHRISTOPHER RICH, as Recorder of Ada County, Idaho, in his official capacity,<br><br>　　　　　　　　Defendants,<br><br>and<br><br>STATE OF IDAHO,<br><br>　　　　　　　　Defendant-Intervenor. | Case No. 1:13-cv-00482-CWD<br><br>**DEFENDANT GOVERNOR OTTER'S MOTION FOR SUMMARY JUDGMENT** |

Defendant, Idaho Governor C.L. "Butch" Otter pursuant to Fed R. Civ P. 56(a) respectfully moves this Court for summary judgment in his favor on all claims asserted in Plaintiffs' First Amended Complaint (Doc. 42).  This motion is supported by Defendant

Governor Otter's contemporaneously filed Memorandum in Support of Motion for Summary Judgment, Statement of Undisputed Material Facts and materials in the accompanying Appendix.

DATED this 18th day of February, 2014.

By   /s/ *Thomas C. Perry*
THOMAS C. PERRY
Counsel to the Governor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Deborah A. Ferguson
d@fergusonlawmediation.com

Craig Harrison Durham
craig@chdlawoffice.com

Shannon P. Minter
sminter@nclrights.org

Christopher F. Stoll
cstoll@nclrights.org

W. Scott Zanzig
scott.zanzig@ag.idaho.gov

Clay R. Smith
clay.smith@ag.idaho.gov

   /s/ *Thomas C. Perry*
THOMAS C. PERRY
Counsel to the Governor