Williams Law, P.L.L.C.
Matthew C. Williams
P.O. Box 438
Cascade, ID 83611
Phone: (208) 634-9233
Fax:     (208) 361-7982
Email: matt@williamslawoffice.net
ISB No. 6271

Kenneth J. Connelly*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax:     (480) 444-0028
Email: kconnelly@alliancedefendingfreedom.org
*Seeking pro hac vice admission

*Attorneys for Amicus Curiae Cornerstone Family Council of Idaho*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SUSAN LATTA and TRACI EHLERS, LORI WATSEN and SHARENE WATSEN, SHELIA ROBERTSON and ANDREA ALTMAYER, AMBER BEIERLE and RACHAEL ROBERTSON,<br><br>                Plaintiffs,<br><br>  vs.<br><br>C.L. (BUTCH) OTTER, as Governor of the State of Idaho, in his official capacity, and CHRISTOPHER RICH, as Recorder of Ada County, Idaho, in his official capacity,<br><br>                Defendants,<br><br>    and<br><br>STATE OF IDAHO,<br><br>                Intervenor-Defendant. | Case No. 1:13-cv-00482-CWD<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF PROPOSED AMICUS CURIAE CORNERSTONE FAMILY COUNCIL OF IDAHO IN SUPPORT OF DEFENDANT GOVERNOR C.L. "BUTCH" OTTER'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 57)** |

Pursuant to Local Civil Rule 7.1, proposed Amicus Curiae Cornerstone Family Council of Idaho ("Cornerstone"), by and through its attorneys, respectfully moves this Court for leave to file its concurrently submitted amicus brief in support of Defendant Governor C.L. "Butch" Otter's Motion for Summary Judgment (ECF No. 57). Counsel for Cornerstone notified counsel for all parties of its intent to file this motion for leave to file an amicus brief. Counsel for Defendants and Intervenor-Defendant consented, and Counsel for Plaintiffs expressed no objection.

## INTEREST OF AMICUS CURIAE

Cornerstone is a non-partisan, non-profit organization that exists to strengthen families in Idaho through citizen advocacy, education, and principled persuasion. Cornerstone believes that the traditional family is the essential building block of civilization, and consequently focuses its efforts on public-policy issues implicating marriage, children, education, religious freedom, and constitutional government. Cornerstone was instrumental in the passage of Idaho's Marriage Amendment, and because it believes that every child deserves both a mom and a dad, it continues to vigorously defend marriage as the union of one man and one woman.

This case questions the constitutionality of Idaho's sovereign decision to preserve marriage as the union between one man and one woman. *See* Idaho Const. art. III, § 28; I.C. §§ 32-201, 32-209 ("Idaho's Marriage Laws"). As a citizen-advocacy organization, Cornerstone's interest in this case derives directly from the important public-policy issues implicated by that sovereign decision, and from the central role in governing the state fulfilled by Idaho's Legislature and People, who overwhelmingly enacted the Idaho Marriage Amendment into law on November 7, 2006.

**ARGUMENT**

A persistent and increasingly popular claim by supporters of same-sex marriage is that the United States Supreme Court's decision in *U.S. v. Windsor*, 133 S. Ct. 2675 (2013), striking down Section 3 of the federal Defense of Marriage Act ("DOMA"), mandates that states like Idaho permit same-sex marriage or recognize same-sex marriages entered into in other states. Nothing could be further from the truth. *Windsor* held only that the federal government may not decline to recognize, for purposes of providing federal benefits, a same-sex marriage previously recognized by a sovereign state. *Windsor* does not forbid a state like Idaho from preserving marriage as the union of one man and one woman—to the contrary, the Court's repeated references to our federalist structure, and its repeated assurances that states retain plenary and sovereign power to define marriage within constitutional bounds, only serve to bolster the defense of Idaho's Marriage Laws.

Defendant has already amply demonstrated in his Memorandum in Support of Motion for Summary Judgment (ECF No. 57-2) that: 1) same-sex marriage is not a fundamental right and therefore Idaho's definition of marriage violates no principle of due process under the United States Constitution, and that 2) Idaho's definition of marriage as the union of one man and one woman is supported by myriad rational bases, and therefore violates no principle of equal protection under the United States Constitution. Cornerstone establishes in its proposed amicus brief that the longstanding principles of federalism enunciated in *Windsor* fully support Idaho's right to define marriage as the union of one man and one woman, and fully support its right to recognize only those unions that comport with that definition. Accordingly, Cornerstone respectfully requests that this Court **DENY** Plaintiffs' Motion for Summary Judgment, and **GRANT** Defendant's Motion for Summary Judgment.

## CONCLUSION

Proposed Amicus Curiae Cornerstone respectfully requests that this Court issue an order granting leave to file the concurrently filed amicus brief in support of Defendant's Motion for Summary Judgment.

Dated: February 25, 2014

                Respectfully submitted,

                <u>/s/ Matthew C. Williams</u>
                Williams Law, P.L.L.C.
                Matthew C. Williams
                P.O. Box 438
                Cascade, ID 83611
                Phone: (208) 634-9233
                Fax:     (208) 361-7982
                Email: matt@williamslawoffice.net
                ISB No. 6271

                Kenneth J. Connelly*
                Alliance Defending Freedom
                15100 N. 90th Street
                Scottsdale, AZ 85260
                Phone: (480) 444-0020
                Fax:     (480) 444-0028
                Email: kconnelly@alliancedefendingfreedom.org
                **Seeking pro hac vice admission*

                *Attorneys for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Idaho by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Matthew C. Williams
Matthew C. Williams
*Attorney for Amicus Curiae*