UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN LATTA, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>C.L. (BUTCH) OTTER, et al.,<br><br>          Defendants. | Case No. 1:13-cv-00482-CWD<br><br>**ORDER** |

The Court, having considered the unopposed Motion for Leave to File Brief of *Amicus Curiae* Cornerstone Family Council in Support of Defendant Governor C.L. "Butch" Otter's Motion for Summary Judgment (Dkt. 65), hereby orders that the motion is GRANTED.

The proposed brief at Docket No. 66 shall stand as the brief of *amicus curiae* Cornerstone Family Council of Idaho.

    SO ORDERED

Dated: **February 26, 2014**

Honorable Candy W. Dale
United States Magistrate Judge