LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation Division

W. SCOTT ZANZIG, ISB # 9361
CLAY R. SMITH, ISB # 6385
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Fax:  (208) 854-8073
scott.zanzig@ag.idaho.gov
clay.smith@ag.idaho.gov

Attorneys for Defendant Rich and Defendant-Intervenor

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| SUSAN LATTA *et al.*, | ) | |
| | ) | Case No. 1:13-cv-00482-CWD |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| C.L. "BUTCH" OTTER, as Governor of the | ) | **DEFENDANT RICH AND** |
| State of Idaho, in his official capacity, and | ) | **DEFENDANT-INTERVENOR'S** |
| CHRISTOPHER RICH, as Recorder of Ada | ) | **RESPONSE TO PLAINTIFFS'** |
| County, Idaho, in his official capacity, | ) | **MOTION FOR JUDICIAL** |
| | ) | **NOTICE (DKT. 58)** |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STATE OF IDAHO, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

DEFENDANT RICH AND DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFFS' MOTION FOR JUDICIAL NOTICE
(DKT. 58) - 1

Defendant Christopher Rich and Defendant-Intervenor State of Idaho do not oppose Plaintiffs' Motion for Judicial Notice (Dkt. 58).

DATED this 17th day of March 2014.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: _____/s/_____

W. SCOTT ZANZIG
CLAY R. SMITH
Deputy Attorneys General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of March 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following Persons:

Deborah A. Ferguson
d@fergusonlawmediation.com

Craig Harrison Durham
craig@chdlawoffice.com

Shannon P. Minter
sminter@nclrights.org

Christopher F. Stoll
cstoll@nclrights.org

Thomas Perry
tom.perry@gov.idaho.gov

Cally Ann Younger
cally.younger@gov.idaho.gov

___/s/_____
W. Scott Zanzig
