Deborah A. Ferguson, ISB No. 5333
The Law Office of Deborah A. Ferguson, PLLC
202 N. 9th Street, Suite 401 C
Boise, Idaho 83702
Tel.: (208) 484-2253
d@fergusonlawmediation.com

Craig Harrison Durham, ISB No. 6428
Durham Law Office, PLLC
910 W. Main, Suite 328
Boise, Idaho 83702
Tel.: (208) 345-5183
craig@chdlawoffice.com

Shannon P. Minter
Christopher F. Stoll
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, California 94102
Tel.: (415) 392-6257
sminter@nclrights.org
cstoll@nclrights.org

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN LATTA and TRACI EHLERS, *et al.*, <br><br>　　　　　Plaintiffs, <br>　v. <br> C.L. "BUTCH" OTTER, as Governor of the State of Idaho, in his official capacity, *et al.*, <br><br>　　　　　Defendants, <br>　and <br> STATE OF IDAHO, <br><br>　　　　　Defendant-Intervenor. | Case No. 1:13-cv-00482-CWD <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANT RICH AND DEFENDANT-INTERVENOR'S MOTION FOR JUDICIAL NOTICE (DKT. 74)** |

Plaintiffs do not oppose Defendant Rich and Defendant-Intervenor's Motion for Judicial Notice (Dkt. 74).

DATED:  April 4, 2014

Respectfully submitted,

_____/s/_____
Deborah A. Ferguson


Deborah A. Ferguson
The Law Office of Deborah A. Ferguson, PLLC
202 N. 9th Street, Suite 401 C
Boise, Idaho 83702
Tel.: (208) 484-2253
d@fergusonlawmediation.com

Craig Harrison Durham
Durham Law Office, PLLC
910 W. Main, Suite 328
Boise, Idaho 83702
Tel.: (208) 345-5183
craig@chdlawoffice.com

National Center for Lesbian Rights
Shannon P. Minter
Christopher F. Stoll
870 Market Street, Suite 370
sminter@nclrights.org
cstoll@nclrights.org

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of April, 2014, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Attorneys for Defendant Rich and Intervenor State of Idaho

Steven Lamar Olsen
steven.olsen@ag.idaho.gov

Clay R. Smith
clay.smith@ag.idaho.gov

W. Scott Zanzig
scott.zanzig@ag.idaho.gov,


Attorneys for Defendant Governor Otter

Thomas C. Perry
tom.perry@gov.idaho.gov

Cally Ann Younger
cally.younger@gov.idaho.gov


_____/s/_____
Deborah A. Ferguson