THOMAS C. PERRY, ISB #7203
CALLY A. YOUNGER, ISB #8987
Counsel to the Governor
Office of the Governor
P.O. Box 83720
Boise, ID  83720-0034
Telephone:     (208) 334-2100
Facsimile:      (208) 334-3454

Attorneys for Defendant, Governor C.L. "Butch" Otter

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN LATTA and TRACI EHLERS, LORI WATSEN and SHARENE WATSEN, SHELIA ROBERTSON and ANDREA ALTMAYER, AMBER BEIERLE and RACHAEL ROBERTSON, <br><br> Plaintiffs, <br><br> vs. <br><br> C.L. (BUTCH) OTTER, as Governor of the State of Idaho, in his official capacity, and CHRISTOPHER RICH, as Recorder of Ada County, Idaho, in his official capacity, <br><br> Defendants, <br><br> and <br><br> STATE OF IDAHO, <br><br> Defendant-Intervenor. | Case No. 1:13-cv-00482-CWD <br><br> **GOVERNOR OTTER'S EMERGENCY REQUEST FOR AN IMMEDIATE HEARING ON HIS MOTION TO STAY PENDING APPEAL** |

1

**EMERGENCY REQUEST FOR HEARING**

Defendant Governor Otter, with full respect for this Court and its processes but also with the strongest sense of urgency for the State he leads, requests that this Court convene and conduct a hearing on his pending Motion to Stay Pending Appeal (Dkt. Nos. 97 and 97-1) ("Stay Motion")[1] before noon on Wednesday, May 14, 2014.

The two days that this Court has granted the Governor to seek a stay from the Ninth Circuit, see Memorandum Decision and Order (Dkt. No. 98) at p. 57:

      1.    was apparently formulated without regard to or consideration of the Stay Motion and its powerful arguments in favor of a stay from *this* Court to remain in effect during the pendency of all appeals or, at the very least, for seven days so as to allow for a fair and orderly pursuit of a Ninth Circuit stay;

      2.    is contrary to the practice in the Ninth Circuit, seen in the Proposition 8 case, of giving appellants defending man-woman marriage seven days to pursue a Ninth Circuit stay (which the Ninth Circuit granted);

      3.    is grossly inadequate for a fair and orderly pursuit of a Ninth Circuit stay; and

      4.    consequently, it does not properly accommodate both the State of Idaho and its place in our federal system and the Ninth Circuit and its processes.

Governor Otter's request for a hearing before Wednesday noon is based on the reality that, absent a hearing or some other appropriate relief from this Court by that time, he will have no choice but to file a Notice of Appeal (with all that means for this Court's

---

[1]   The Stay Motion when filed was a contingent motion, that is, it was contingent upon this Court entering the kind of adverse order that it entered late in the day Wednesday with its Memorandum Decision and Order (Dkt. No. 98).  As of the moment of the entry of that order, the Stay Motion ceased to be contingent.

jurisdiction) and seek in unseemly haste a Ninth Circuit stay and, if necessary, a stay from Circuit Justice Kennedy.

Governor Otter is convinced—and in this he is joined by virtually all informed observers—that the Ninth Circuit and, if necessary, the United States Supreme Court will grant a stay pending appeal if this Court, for reasons not presently discernible, refuses to do so.  That conviction is based on the fact that the Ninth Circuit granted such a stay in the California "same-sex marriage" case, the Sixth Circuit did the same in the Michigan "same-sex marriage" case, and the United States Supreme Court did the same in the Utah "same-sex marriage" case.  *See* Stay Motion at 3-4.

DATED:  May 13, 2014

By_____/s/ *Thomas C. Perry*_____
THOMAS C. PERRY
Counsel to the Governor

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Deborah A. Ferguson
d@fergusonlawmediation.com

Craig Harrison Durham
craig@chdlawoffice.com

Shannon P. Minter
sminter@nclrights.org

Christopher F. Stoll
cstoll@nclrights.org

W. Scott Zanzig
scott.zanzig@ag.idaho.gov

Clay R. Smith
clay.smith@ag.idaho.gov

_/s/ *Thomas C. Perry*_

THOMAS C. PERRY
 Counsel to the Governor

4