UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN LATTA and TRACI EHLERS, LORI WATSEN and SHARENE WATSEN, SHELIA ROBERTSON and ANDREA ALTMAYER, AMBER BEIERLE and RACHAEL ROBERTSON,<br><br>Plaintiffs,<br><br>v.<br><br>C.L. "BUTCH" OTTER, as Governor of the State of Idaho, in his official capacity, and CHRISTOPHER RICH, as Recorder of Ada County, Idaho, in his official capacity,<br><br>Defendants,<br>and<br><br>STATE OF IDAHO,<br><br>Defendant-Intervenor. | Case No. 1:13-cv-00482-CWD<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order dated May 13, 2014 (Dkt. 98), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

(1)     Judgment is entered in favor of Plaintiffs;

(2)     Idaho's laws prohibiting  same-sex marriage in Idaho or not recognizing same-sex marriages validly contracted outside Idaho violate the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution;

(3)     The State of Idaho and its officers, employees, agents, and political

subdivisions are permanently enjoined from enforcing Article III, § 28 of the Idaho Constitution, Idaho Code §§ 32-201 and 32-209, and any other laws or regulations to the extent they do not recognize same-sex marriages validly contracted outside Idaho or prohibit otherwise qualified same-sex couples from marrying in Idaho;

(4)    This injunction shall take effect at 9:00 a.m. MDT on May 16, 2014; and

(5)    The Clerk of Court is directed to close this case.

Dated: **May 14, 2014**

Honorable Candy W. Dale
United States Magistrate Judge